1  STEVEN M. SELNA (State Bar No. 133409)
   CHERYL A. SABNIS (State Bar No. 224323)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California  94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   Emails: steven.selna@dbr.com
5          cheryl.sabnis@dbr.com

6  THOMAS J. BARTON (Of Counsel)
   DRINKER BIDDLE & REATH LLP
7  One Logan Square
   18th and Cherry Streets
8  Philadelphia, PA  19103-6996
   Telephone: (215) 988-2700
9  Facsimile: (215) 988-2757
   Email: thomas.barton@dbr.com
10

11 Attorneys for Defendant
   KULICKE AND SOFFA INDUSTRIES, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

| | |
|---|---|
| LINDA TERRY and SHADIA TALEB-SCHOEN,<br><br>Plaintiffs,<br><br>v.<br><br>KULICKE AND SOFFA INDUSTRIES, INC., a Pennsylvania Corporation, and DOES 1-50,<br><br>Defendants. | Case No. C 06-03829 RS<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

• Arbitration          • ENE          ☒ **Mediation**

**Private Process:**

- Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by the presumptive deadline, which is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.

HINKLE, JACHIMOWICZ, POINTER & MAYRON

Dated: October 4, 2006                /s/ Amy Carlson /s/
                                      Amy Carlson
                                      Attorneys for Plaintiffs
                                      LINDA TERRY and SHADIA TALEB-SCHOEN

DRINKER BIDDLE & REATH LLP

Dated: October 4, 2006                /s/ Cheryl A. Sabnis /s/
                                      Cheryl A. Sabnis
                                      Attorneys for Defendant
                                      KULICKE AND SOFFA INDUSTRIES, INC.

**CERTIFICATION**

I hereby certify that Amy Carlson has concurred in the filing of this document.

Dated: October 4, 2006                /s/ Cheryl A. Sabnis /s/
                                      CHERYL A. SABNIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: October 5, 2006                _____
                                      The Honorable Richard Seeborg
                                      UNITED STATES MAGISTRATE JUDGE