|    |    |    |
|----|----|----|
| 1  | STEVEN M. SELNA (State Bar No. 133409) | |
| 2  | CHERYL A. SABNIS (State Bar No. 224323) | |
|    | DRINKER BIDDLE & REATH LLP | |
| 3  | 50 Fremont Street, 20th Floor | |
|    | San Francisco, California 94105-2235 | |

STEVEN M. SELNA (State Bar No. 133409)
CHERYL A. SABNIS (State Bar No. 224323)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Emails: steven.selna@dbr.com
cheryl.sabnis@dbr.com

THOMAS J. BARTON (Of Counsel)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757
Email: thomas.barton@dbr.com

Attorneys for Defendant
KULICKE AND SOFFA INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| LINDA TERRY and SHADIA TALEB-SCHOEN, | Case No. C 06-03829 JW |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| KULICKE AND SOFFA INDUSTRIES, INC., a Pennsylvania Corporation, and DOES 1-50, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiffs LINDA TERRY and SHADIA TALEB-SCHOEN and defendant KULICKE AND SOFFA INDUSTRIES, INC., through their respective counsel that the above-captioned matter shall be and is hereby

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\377973\1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 06-03829 JW

dismissed *with prejudice* pursuant to Rule 41(a)(1). Each party shall bear its own costs and attorney's fees in connection with the above-captioned matter.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: January 10, 2007                             HINKLE, JACHIMOWICZ, POINTER & EMANUEL

/s/ Amy Carlson /s/
AMY CARLSON

Attorneys for Plaintiffs
LINDA TERRY and SHADIA TALEB-SCHOEN

Dated: January 10, 2007                             DRINKER BIDDLE & REATH LLP

/s/ Cheryl A. Sabnis /s/
CHERYL A. SABNIS

Attorneys for Defendant
KULICKE AND SOFFA INDUSTRIES, INC.

## CERTIFICATION

I hereby certify that Amy Carlson has concurred in the filing of this document.

Dated: January 10, 2007                             /s/ Cheryl A. Sabnis /s/
CHERYL A. SABNIS

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: January 11, 2007                             _James Ware_
James Ware
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\377973\1

2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. C 06-03829 JW